IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re HealthSouth Securities Litigation ) | Master File No. CV-03-BE-1500S |
| ) | U.S. District Court for the N.D. Al. |
| STEPTOE & JOHNSON LLP, ) | |
| Movant, ) | |
| v. ) | **No. 08-mc-116** |
| ) | **The Hon. Judge Bates** |
| UBS AG *et al.*, ) | |
| Respondents. ) | |

## NOTICE OF APPEARANCE

The Clerk will please note the appearance of Mark J. Hulkower as lead counsel for the Movant, Steptoe & Johnson LLP.

Respectfully submitted,

_____
Mark J. Hulkower, No. 400463
Bruce C. Bishop, No. 437225
STEPTOE & JOHNSON LLP
1330 Connecticut Ave. NW
Washington, D.C. 20036
(202) 429-6221
Fax (202) 429-3902
mhulkowe@steptoe.com

*Counsel for Movant Steptoe & Johnson LLP*

Dated: March 11, 2008