IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re HEALTHSOUTH CORPORATION SECURITIES LITIGATION ) ) ) This Document Relates To: All Actions ) ) _____) STEPTOE & JOHNSON LLP, ) ) Movant, ) ) v. ) ) UBS AG, *et al.*, ) ) Respondents. ) ) _____) | **MASTER FILE NO. CV-03-BE-1500-S** U.S. District for the N.D. Al. No. 08-mc-116 The Hon. Judge Bates |

## MOTION FOR ADMISSION PRO HAC VICE FOR RESPONDENTS' COUNSEL ROBERT J. GIUFFRA, JR.

1. Movant Margaret K. Pfeiffer, on behalf of the UBS Respondents,[1] moves the Court for the entry of an Order admitting Robert J. Giuffra, Jr. *pro hac vice* for purposes of representing the Respondents in this matter.

2. Robert J. Giuffra, Jr. is a partner with Sullivan & Cromwell LLP. He is a member in good standing of each Bar to which he is admitted and he has never been disciplined. The declaration of Mr. Giuffra is attached hereto as Exhibit A.

3. Ms. Pfeiffer is admitted to practice before this Court.

---

[1] The UBS Respondents are UBS AG, UBS Securities LLC, Benjamin D. Lorello, William McGahan, and Howard Capek.

      4.      Counsel for Respondents conferred with counsel for Movants. This Motion is unopposed.

Dated: March 20, 2008
       Washington, D.C.

                                              */s/ Margaret K. Pfeiffer*
                                              Margaret K. Pfeiffer (Bar No. 358723)
                                              SULLIVAN & CROMWELL LLP
                                              1701 Pennsylvania Avenue, N.W.
                                              Washington, D.C. 20006
                                              Tel:    (202) 956-7500

                                              *Counsel for Respondents UBS AG, UBS Securities LLC, Benjamin D. Lorello, William McGahan and Howard Capek*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re HEALTHSOUTH CORPORATION SECURITIES LITIGATION )<br>)<br>This Document Relates To: All Actions )<br>) | MASTER FILE NO. CV-03-BE-1500-S<br>U.S. District for the N.D. Al. |
| STEPTOE & JOHNSON LLP, )<br>)<br>          Movant, )<br>)<br>v. )<br>)<br>UBS AG, *et al.*, )<br>)<br>          Respondents. )<br>) | No. 08-mc-116<br>The Hon. Judge Bates |

**DECLARATION OF ROBERT J. GIUFFRA**

I, Robert J. Giuffra, Jr., hereby declare:

1. I am a partner of the law firm Sullivan & Cromwell LLP, counsel for the UBS Respondents in this action.[1] My office is located at 125 Broad Street, New York, New York, 10002. My telephone number is (212) 558-3121.

2. I was admitted to the Bar of the State of New York and to the Bars of the United States District Courts for the Eastern District of New York and the Southern District of New York in 1989. I was admitted to the Bar of the United States District Court for the District of Connecticut in 1991. I was admitted to the Bars of the United States Courts of Appeals for the Second, Fifth, Sixth, and Ninth Circuits and to the Bar of the United States Supreme Court in 1993. I was admitted to the Bar of the United States Tax Court in 1997. I was admitted to the Bar of the United States Court of Appeals for the Eleventh Circuit in 2002. I was admitted to the

---

[1] The UBS Respondents are UBS AG, UBS Securities LLC, Howard Capek, Benjamin Lorello, and William C. McGahan.

1

Bar of the United States Court of Federal Claims and to the Bar of the United States District Court for the Southern District of Texas in 2003. I was admitted to the Bar of the United States District Court for the Eastern District of Wisconsin in 2006. I was admitted to the Bar of the United States Court of Appeals for the Eighth Circuit in 2007.

       3.     I have not been admitted *pro hac vice* in this Court within the last two years.

       4.     I am a member in good standing of each Bar in which I am admitted, and I have never been disciplined.

*[signature]*
Robert J. Giuffra, Jr.