# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re HealthSouth Securities Litigation ) | Master File No. CV-03-BE-1500S |
| ) | U.S. District Court for the N.D. Al. |
| ) | |
| STEPTOE & JOHNSON LLP, ) | |
| Movant, ) | |
| ) | |
| v. ) | No. 08-mc-116 |
| ) | The Hon. Judge Bates |
| UBS AG *et al.*, ) | |
| Respondents. ) | |

## UNOPPOSED MOTION FOR LEAVE TO FILE
## REPLY MEMORANDUM UNDER SEAL

Pursuant to Local Civil Rule 5.1(j), Steptoe & Johnson LLP respectfully moves for leave to file under seal the following attached document: Steptoe & Johnson LLP's Reply Memorandum in Support of Its Motion to Quash Subpoena for Attorney Interview Memoranda and Opposition to the UBS Respondents Motion to Compel. A proposed order is attached.

Counsel for the parties have conferred, and the UBS Respondents have consented to the filing of all necessary documents in this case under seal. The UBS Respondents sought similar relief, to which Steptoe consented, in the UBS Respondents' Motion For Leave to File Documents Under Seal (Dkt. 4, filed March 17, 2008) (the "UBS Motion to Seal").

To avoid duplication, Steptoe hereby adopts and incorporates the grounds for filing under seal set out in the UBS Motion to Seal, Dkt. 4.

To briefly summarize those grounds, UBS has filed, in support of its position, FBI Form 302s that are required to be filed under seal, pursuant to a Confidentiality Order entered in the underlying class action in the Northern District of Alabama. To honor its obligations under the

- 2-

Confidentiality Order, UBS has sought leave to file under seal both the Form 302s and any papers that discuss their contents.

Steptoe's Reply Memorandum discusses the same Form 302s, and also discusses additional subpoenas recently issued by UBS that refer to those Form 302s (which subpoenas are also, for that reason, filed under seal in the underlying action). For these reasons, Steptoe also respectfully seeks leave to file its Reply Memorandum under seal.

Respectfully submitted,

/s/ Bruce C. Bishop
Mark J. Hulkower, No. 400463
Bruce C. Bishop, No. 437225
STEPTOE & JOHNSON LLP
1330 Connecticut Ave. NW
Washington, D.C. 20036
(202) 429-3000
*Counsel for Movant Steptoe & Johnson LLP*

March 27, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re HealthSouth Securities Litigation ) | Master File No. CV-03-BE-1500S |
| ) | U.S. District Court for the N.D. Al. |
| ) | |
| STEPTOE & JOHNSON LLP, ) | |
| Movant, ) | |
| ) | |
| v. ) | No. 08-mc-116 |
| ) | The Hon. Judge Bates |
| UBS AG *et al.*, ) | |
| Respondents. ) | |

## ORDER

Having considered the Unopposed Motion for Leave to File Reply Memorandum Under Seal filed by Movant Steptoe & Johnson LLP, it is HEREBY ORDERED that:

1. Leave to file Steptoe & Johnson's Reply Memorandum in Support of Its Motion to Quash is GRANTED; and

2. The Clerk shall file said reply memorandum under seal.

_____
United States District Judge

Dated: _____
Washington, D.C.

Copies to:

Mark J. Hulkower
Bruce C. Bishop
Steptoe & Johnson LLP
1330 Connecticut Ave. N.W.
Washington, D.C.  20036
(202) 429-3000
*Counsel for Movant Steptoe & Johnson LLP*

Thomas R. Leuba
Sullivan & Cromwell LLP
1701 Pennsylvania Ave. N.W.
Washington, D.C. 20006
(202) 956-7500

Robert J. Giuffra
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10002
(212) 558-4000

*Counsel for the UBS Respondents*

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of March, 2008, copies of the foregoing Unopposed Motion for Leave to File Reply Memorandum Under Seal and proposed order were served by hand and electronic mail on:

>Thomas R. Leuba, Esq.
>Sullivan & Cromwell LLP
>1701 Pennsylvania Ave NW
>Washington DC 20006
>*Counsel for the UBS Respondents*

/s/ Bruce C. Bishop