IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| _____ ) <br> In Re HealthSouth Securities Litigation ) <br> _____) <br> ) <br> STEPTOE & JOHNSON LLP, ) <br>        Movant, ) <br> ) <br> v. ) <br> ) <br> UBS AG *et al.*, ) <br>        Respondents. ) <br> _____) | Master File No. CV-03-BE-1500S <br> U.S. District Court for the N.D. Al. <br><br><br><br><br> **No. 08-mc-116** <br> **The Hon. Judge Bates** |

**NOTICE OF DOCUMENTS FILED UNDER SEAL**

Pursuant to Local Civil Rule 5.4(e)(1), please take notice that Movant Steptoe & Johnson LLP filed under seal today its Reply Memorandum In Support of Its Motion to Quash Subpoena for Attorney Interview Memoranda, and Opposition to the UBS Respondents' Motion to Compel.

                                                  Respectfully submitted,

                                                  ____/s/ Bruce Bishop_____
                                                  Mark J. Hulkower, No. 400463
                                                  Bruce C. Bishop, No. 437225
                                                  STEPTOE & JOHNSON LLP
                                                  1330 Connecticut Ave. NW
                                                  Washington, D.C. 20036
                                                  (202) 429-3000
                                                  *Counsel for Movant Steptoe & Johnson LLP*

March 27, 2008

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of March, 2008, a copy of the foregoing Notice of Documents Filed Under Seal was served by hand and electronic mail on:

>Thomas R. Leuba, Esq.
>Sullivan & Cromwell LLP
>1701 Pennsylvania Ave NW
>Washington DC 20006
>
>*Counsel for the UBS Respondents*

      /s/ Bruce Bishop