IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re HEALTHSOUTH CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To: All Actions<br><br>STEPTOE & JOHNSON LLP,<br><br>        Movant,<br><br>v.<br><br>UBS AG, *et al.*,<br><br>        Respondents. | **MASTER FILE NO. CV-03-BE-1500-S**<br>**U.S. District for the N.D. Al.**<br><br><br><br><br><br><br><br>No. 08-mc-116<br>The Hon. Judge Bates |

**NOTICE OF APPEARANCE**

The Clerk will please note the appearance of Robert J. Giuffra, Jr. as lead counsel for the Respondents, UBS AG, UBS Securities LLC, Howard Capek, Benjamin D. Lorello, and William McGahan.

Dated: April 2, 2008
       Washington, D.C.

                                  Respectfully submitted,

                                  Robert J. Giuffra, Jr.
                                  Sullivan & Cromwell, LLP
                                  125 Broad Street
                                  New York, New York 10004
                                  (212) 558-4000
                                  Fax (212) 558-3341
                                  GiuffraR@sullcrom.com

                                  *Counsel for Respondents UBS AG, UBS*
                                  *Securities LLC, Howard Capek, Benjamin*
                                  *D. Lorello, and William McGahan*