IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRCT OF COLUMBIA

| | |
|---|---|
| In re HEALTHSOUTH CORPORATION SECURITIES LITIGATION )<br>)<br>This Document Relates To: All Actions )<br>)<br>_____ )<br>STEPTOE & JOHNSON LLP )<br>)<br>Movant, )<br>)<br>v. )<br>)<br>UBS AG, *et al* )<br>)<br>Respondents. )<br>_____ ) | **MASTER FILE NO. CV-03-BE-1500-S**<br>**U.S. District for the N.D. Al.**<br><br><br><br><br><br><br><br><br><br>**No. 08-mc-116 (JDB)** |

## NOTICE OF DOCUMENTS FILED UNDER SEAL

Pursuant to Local Rule 5.1(e)(1), please take notice that UBS AG, UBS Securities LLC, Howard Capek, Benjamin D. Lorello and William C. McGahan (collectively, "UBS") filed under seal today UBS Respondents' Reply to Steptoe & Johnson LLP's Opposition to UBS's Motion to Compel a Response to the February 21 Subpoena.