UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re HealthSouth Corp. Securities Litig.<br><br>**STEPTOE & JOHNSON LLP,**<br>    Movant,<br>        v.<br>**UBS AG, et al.,**<br>    Respondents. | No. 08-mc-116  (JDB) |

### ORDER

On February 21, 2008, UBS AG, UBS Securities LLC, Benjamin D. Lorello, William McGahan, and Howard Capek (collectively, "UBS") issued a third-party subpoena to Steptoe & Johnson LLP ("Steptoe"). In relevant part, UBS seeks sections of Steptoe's attorney memoranda summarizing the Federal Bureau of Investigation's interviews with Michael D. Martin, Steptoe's former client, on May 2, 2003, and February 9, 2004. Steptoe has now moved to quash the subpoena, and UBS has moved to compel a response.

At the heart of the parties' dispute lie the work product doctrine and Fed. R. Civil Proc. 26(b)(3). The Court concludes that the most efficient first step toward resolving this dispute is to require Steptoe to submit the May 2, 2003 and the February 9, 2004 memoranda for in camera review. After reviewing the material, the Court will address the arguments advanced by the parties and will resolve the pending motions.

Accordingly, it is this 16th day of April, 2008, hereby

**ORDERED** that by not later than April 21, 2008, Steptoe & Johnson LLP shall produce to the Court the May 2, 2003 and the February 9, 2004 attorney memoranda for in camera review.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge