IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re HealthSouth Securities Litigation | Master File No. CV-03-BE-1500S |
| | U.S. District Court for the N.D. Al. |
| STEPTOE & JOHNSON LLP, Movant, | |
| v. | No. 08-mc-116 |
| | The Hon. Judge Bates |
| UBS AG *et al.*, Respondents. | |

**NOTICE OF DOCUMENTS FILED UNDER SEAL**

Pursuant to Local Civil Rule 5.4(e)(1), please take notice that Movant Steptoe & Johnson LLP today submitted copies of the two memoranda at issue in this proceeding under seal for the Court's *in camera* review, as directed in the Court's order of April 16, 2008.

Respectfully submitted,

\_\_\_/s/ Bruce Bishop_____
Mark J. Hulkower, No. 400463
Bruce C. Bishop, No. 437225
STEPTOE & JOHNSON LLP
1330 Connecticut Ave. NW
Washington, D.C. 20036
(202) 429-3000
*Counsel for Movant Steptoe & Johnson LLP*

April 21, 2008

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that on April 21, 2008, a true and correct copy of the foregoing Notice of Filing Documents Under Seal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by electronic mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Dated:  April 21, 2008

                                                                      _____/s/ Bruce Bishop_____