UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re HealthSouth Corp. Securities Litig.<br><br>**STEPTOE & JOHNSON LLP,**<br>    Movant,<br>        v.<br>**UBS AG, et al.,**<br>    Respondents. | No. 08-mc-116  (JDB) |

## ORDER

Upon consideration of [1] Steptoe & Johnson LLP's motion to quash, [11] UBS AG, UBS Securities LLC, Benjamin D. Lorello, William McGahan, and Howard Capek's (collectively, "UBS's") motion to compel, the parties' memoranda, the applicable law, the entire record, and the Court's in camera review of the relevant materials, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that [1] Steptoe & Johnson LLP's motion to quash is **DENIED**; it is further

**ORDERED** that [11] UBS's motion to compel is **GRANTED**; it is further

**ORDERED** that Steptoe & Johnson LLP shall produce to UBS by not later than May 16, 2008, the following sections from the memorandum of the May 2, 2003 interview:

1. Page 2, Line 5 starting with the initials "MM" -- through the end of Line 18.

2. Page 3, Line 5 starting with the name "Hood" -- through the middle of Line 7, ending with the word "around."  It is further

**ORDERED** that Steptoe & Johnson LLP shall produce to UBS by not later than May 16,

2008, the following sections from the memorandum of the February 9, 2004 interview:

1.   Page 5, Line 16 starting with the initials "MM" -- through the end of Line 18.

2.   Page 13, Line 8 starting with the name "Watkins" -- through the end of Line 10.

3.   Page 13, Line 15 starting with the name "Watkins" -- through the middle of Line 17, ending with the word "debt."

4.   Page 14, Line 1 starting with the name "Watkins" -- through the end of Line 2. And it is further

**ORDERED** that by not later than May 7, 2008, Steptoe & Johnson LLP may file an objection with the Court regarding the above designations if Steptoe believes any section indicated above is not responsive based upon the Court's memorandum opinion, or if in good faith Steptoe concludes additional sections of the memoranda are responsive and hence should be produced.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated: April 29, 2008